**OTTINGER**
EMPLOYMENT LAWYERS

Benjamin D. Weisenberg
Direct: 212.256.1902
benjamin@ottingerlaw.com

401 Park Avenue South
New York, NY 10016
(212) 571-2000

535 Mission Street
San Francisco, CA 94105
(415) 262-0096

OTTINGERLAW.COM

May 31, 2019

**BY ECF ONLY**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Luyando v. Pay-O-Matic Check Cashing Corp. et al | 18-cv-11114-AJN**

Dear Judge Nathan:

The parties write jointly to update Your Honor as directed by Your Honor's May 21, 2019, Memo Endorsement on re: [31] Status Report.  On May 24, 2019, Hon. Frederic Block ("Hon. Block") granted Plaintiff and Proposed Intervenor Ms. Carmen Luyando's ("Ms. Luyando") Motion to Intervene.  *See Buchanan v. Pay-O-Matic Check Cashing Corp.*, et al., 2:18-cv-00885-FB-SMG, ECF Doeckt Text.   Hon. Block entered the following Docket Text Minute Order:

> Minute Order for proceedings held before Judge Frederic Block: Talmor Alamgir, Esq. for the plaintiff; Mirian Schindel, Esq. and Jonathan Kozak, Esq. for the defendant Pay-o-Matic and Benjamin Weisenberg, Esq. for the intervenor Luyando, all present. Pre-motion conference held on 5/24/2019. Intervenors anticipated motion to intervene; and to disqualify plaintiffs counsel and plaintiffs anticipated motion to stay collective action were all discussed. The motion [69] to disqualify is DENIED without prejudice and the motion [64] to intervene is GRANTED. As to the FLSA claim the stay is lifted and by June 21st counsel will file a joint proposed class notice, with any areas of disagreement highlighted, for the courts review. The Lee Litigation Group will represent one sub-class (plaintiffs with manager titles) and The Ottinger Firm will represent another sub-class (customer services representatives).(Court Reporter: Not Reported) (Innelli, Michael)

*Id*.  The parties jointly request Your Honor designate this *Luyando* Action as a "Related Case," to the *Buchanan* Action as defined by the Rules for the Division of Business Among District Judge, Southern District, Local Rule 13(a).  The parties further jointly request Your Honor forward this *Luyando* Action to Hon. Block pursuant to Local Rule 13(B)(2).

\*   \*   \*

*Luyando v. Pay-O-Matic Check Cashing Corp., et al.*
18-cv-11114-AJN
May 31, 2019
Page 2 of 2

Thank you for your time and consideration in regard to the above.

                                              Respectfully submitted on behalf of the parties,

                                              **THE OTTINGER FIRM, P.C.**

                                              _____
                                              Benjamin D. Weisenberg
                                              benjamin@ottingerlaw.com

cc:      By ECF to all counselors of record.